**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF M.I., A MINOR    :   No. 54 EM 2023
                                    :
                                    :
PETITION OF: KIMBERLY KEENEN,       :
ESQUIRE                             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2023, in consideration of the Motion for Leave to Withdraw as Counsel, the matter is REMANDED to the Court of Common Pleas of Philadelphia County for it to determine whether to permit Attorney Kimberly Keenen to withdraw. If the court permits Attorney Keenen to withdraw, it is to resolve whether N.L. is entitled to appointed counsel for allocatur review, and, if so, to appoint that attorney.

    As this is a Children's Fast Track matter, the Court of Common Pleas of Philadelphia County is DIRECTED to enter its order on remand within 14 days and to promptly notify this Court of its determination.